AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 29 2016

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
One (1) gray colored, "Sentry Safe" )
brand lock box, 11.5"x 9"x 3.5"(Further )
depicted in attached photograph) )

Case No. 16MR932

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Judicial   District of New Mexico
*(identify the person or describe the property to be searched and give its location):*

One (1) gray colored, "Sentry Safe" brand lock box, 11.5" x 9" x 3.5" presently located at the Drug Enforcement Administration Albuquerque District Office, 2660 Fritts Crossing SE, Albuquerque, New Mexico.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

Cocaine, Heroin, Methamphetamine and/or Marijuana

**YOU ARE COMMANDED** to execute this warrant on or before January 9, 2017 *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   December 27, 2016                         *[signature]*
                                                                  *Judge's signature*

City and state:   Albuquerque, New Mexico   Steven C. Yarbrough, US Magistrate Judge
                                             *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> MM-17-0030 | Date and time warrant executed: <br> December 27, 2016 at 3:30pm | Copy of warrant and inventory left with: <br> N/A |

Inventory made in the presence of:
S/A Jarrell W. Perry, NMSP K-9 Officer Joshua Campos

Inventory of the property taken and name of any person(s) seized:

Two (2) clear plastic wrapped oblong shaped bundles containing approximately .95 gross kilograms of crystal methamphetamine

Various rubber-bands

One clear vial containing cologne

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/29/2016

_____
Executing officer's signature

Jarrell W. Perry, Special Agent DEA
*Printed name and title*